## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE    Cheryl L. Pollak**                    **DATE :    2/13/12**

DOCKET NUMBER:    **12CR50(CBA)**            LOG # :  2:36 — 7:19

DEFENDANT'S NAME :    ✓**Vincent Badalamenti**
                ✓ Present      ___ Not Present      ✓ Custody    ___ Bail

DEFENSE COUNSEL :    **Ronald Fischetti**
                ___ Federal Defender    __ CJA      ✓ Retained

A.U.S.A:    **Nicole Argentieri**                DEPUTY CLERK :    **Felix Chin**

INTERPRETER :                                    (Language)

_Detention_    Hearing held. _____ Hearing adjourned to_____

_____  Defendant was released on_____ PRB with/without some conditions.

_____  Defendant was advised of bond conditions by the Court and signed the bond.

_____  Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____  Additional surety (ies) to co-signed bond by _____

_____  At this time, defense counsel states on the record that the defendant does not have a bail
       application / package. **Order of detention** entered with leave to reapply to a Magistrate
       or to the District Court Judge to whom the case will be assigned.

_____  Order of Excludable Delay entered.    Code Type_____    Start_____ Stop _____

_____  Order of Speedy Trial entered.    Code Type_____    Start_____ Stop _____

_____  Defendant's first appearance.    ___Defendant arraigned on the indictment.

_____  Attorney Appointment of ____ FEDERAL DEFENDER _____ CJA

_____  Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____  Status conference set for _____ @ _____ before Judge _____

OTHERS : Dfse counsel presented a bail package; govt opposed;
court ~~~~~~~~~~~ reserved decision. Order of detention
entered.